# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| MAURICE MORLEE JOHNSON, | ) | |
| PLAINTIFF, | ) | |
| V. | ) | CIV-14-1362-R |
| RICHARD STEPHENS, ET AL., | ) | |
| DEFENDANTS. | ) | |

## ORDER

Plaintiff filed this action alleging a violation of his constitutional rights and seeking relief pursuant to 42 U.S.C. § 1983. Pursuant to 28 U.S.C. § 636(b)(1)(B), the matter was referred to United States Magistrate Judge Gary M. Purcell for preliminary review. On February 25, 2015, Judge Purcell issued a Report and Recommendation wherein he recommended that the case be dismissed without prejudice pursuant to 28 U.S.C. § 1915A(b) and 1915(e)(2)(B). The record reflects that Plaintiff has not objected to the Report and Recommendation within the time limits prescribed therein nor sought an extension of time in which to respond. Accordingly, the Report and Recommendation is hereby adopted in its entirety and the action is dismissed without prejudice.

IT IS SO ORDERED this 24th day of March, 2015.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE